## Case Information

C-21-12-1322-CV | Brenda Blair vs. HOME DEPOT U.S.A. INC, Peter Zubia

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| C-21-12-1322-CV | 244th District Court | Rush, James |
| File Date | Case Type | Case Status |
| 11/30/2021 | Premises > $250K | Filed |

## Party

**Plaintiff**
Blair, Brenda

Active Attorneys ▼
Lead Attorney
HEAPE, MATTHEW
Retained

**Defendant**
HOME DEPOT U.S.A. INC

Active Attorneys ▼
Lead Attorney
Ewert, Robert A.
Retained

**Defendant**
Zubia, Peter

Active Attorneys ▼
Lead Attorney
Ewert, Robert A.
Retained

## Events and Hearings

**11/30/2021 Original Petition (OCA)** ▼

Comment
PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND

**12/01/2021 Citation** ▼

Served
12/08/2021 10:07 AM

Anticipated Server
Private Process Server

Anticipated Method
In Person
Actual Server
Private Process Server

Returned
12/16/2021 2:39 PM
Comment
E-MAILED TO ATTORNEY

**12/01/2021 Citation** ▼

Requested By
Blair, Brenda

Served
12/02/2021 9:40 AM

Anticipated Server
Private Process Server

Anticipated Method
In Person
Actual Server
Private Process Server

Returned
12/08/2021 5:31 PM
Comment
E-MAILED TO ATTORNEY

**12/08/2021 Service Returned Served - by Private Process Server** ▼

Comment
REG AGENT IN PERSON ON 12/02/2021 AT 9:40 AM

**12/16/2021 Service Returned Served - by Private Process Server** ▼

| | |
|---|---|
| Comment | |
| IN PERSON ON 12/08/221 AT 10:07 AM | |

| |
|---|
| 12/28/2021 DEFENDANT'S ORIGINAL ANSWER |

| |
|---|
| 12/28/2021 DEFENDANT'S ORIGINAL ANSWER |

## Financial

Blair, Brenda

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $333.00 |
| | Total Payments and Credits | | | $333.00 |
| 12/1/2021 | Transaction Assessment | | | $333.00 |
| 12/1/2021 | Payment | Receipt # 2021-007439-DC | Blair, Brenda | ($333.00) |